1

Horace W. Green (SBN 115699)
2  C. Mark Humbert (SBN 111093)
Joanne M. Ryan (SBN 199193)
3  GREEN & HUMBERT
220 Montgomery Street, Suite 438
4  San Francisco, California 94104
Telephone:   (415) 837-5433
5  Facsimile:   (415) 837-0127

6

Attorneys for Defendant
7  UNUM LIFE INSURANCE COMPANY OF
AMERICA, incorrectly sued as UNUM LIFE
8  INSURANCE COMPANY OF AMERICA, aka
UNUMPROVIDENT
9

10

11                    **UNITED STATES DISTRICT COURT**

12                    **EASTERN DISTRICT OF CALIFORNIA**

13                                           )
14  TERRY ALUISI,                            )  Case No. CIV. F-04-5373 AWI SMS
                                             )
15                        Plaintiff,         )
                                             )  **STIPULATION TO PAPER FILE**
16           v.                              )  **ADMINISTRATIVE RECORD; ORDER**
                                             )
17  UNUM LIFE INSURANCE COMPANY              )
    OF AMERICA aka UNUMPROVIDENT,            )
18  and DOES 1 to 25, inclusive,             )
                                             )
19                        Defendants         )
                                             )
20  _____ )
                                             )
21

22        Plaintiff TERRY ALUISI and Defendant UNUM LIFE INSURANCE COMPANY

23  OF AMERICA, by and through their respective counsel of record, hereby submit the

24  following stipulation:

25        Defendant will file a Motion for Summary Judgment on or before July 29, 2005.

26  The Administrative Record regarding Mr. Aluisi's claim for long term disability benefits

27  will be an exhibit to Defendant's motion.  The Administrative Record consists of

28

approximately 865 pages of documents, and 3 CDs (surveillance videos).  Due to the

length of the Administrative Record, Defendant would prefer to file it as a "paper filing"

instead of an electronic filing.

The parties stipulate that the Administrative Record may be filed as a paper filing

instead of an electronic filing.


DATED: July 20, 2005                    GILMORE, WOOD, VINNARD &
                                        MAGNESS, P.C.


                                        By: **/s/ David M. Gilmore_____**
                                            David M. Gilmore

                                        Attorneys for Plaintiff
                                        TERRY ALUISI




DATED: July 20, 2005                    GREEN & HUMBERT


                                        By: **/s/ Joanne M. Ryan_____**
                                            Horace W. Green
                                            Joanne M. Ryan

                                        Attorneys for Defendant
                                         UNUM LIFE INSURANCE COMPANY OF
                                        AMERICA, incorrectly sued as UNUM LIFE
                                        INSURANCE COMPANY OF AMERICA,
                                        aka UNUMPROVIDENT



## ORDER

IT IS SO ORDERED.


**Dated:   July 25, 2005          _____/s/ Anthony W. Ishii_____**


2

0m8i78                          UNITED STATES DISTRICT JUDGE

3