1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY ALUISI, | ) | CV F 04-5373 AWI SMS |
| | ) | |
| Plaintiff, | ) | ORDER VACATING AUGUST 29, |
| v. | ) | 2005 HEARING DATE AND |
| | ) | TAKING MATTER UNDER |
| | ) | SUBMISSION |
| UNUM LIFE INSURANCE COMPANY | ) | |
| OF AMERICA aka UNUMPROVIDENT,) | | ORDER REQUESTING FURTHER |
| and DOES 1 to 25, inclusive, | ) | BRIEFING |
| | ) | |
| Defendant. | ) | |
| | ) | |

17    Defendant's motion for summary judgment is pending in this action and is set for oral

18 argument to be heard on August 29, 2005.   In reviewing the pending motion and opposition, the

19 parties appear to assume that this action is brought pursuant to ERISA.  Specifically, the parties'

20 briefs indicate that this action is one to recover benefits due under the terms of a plan, enforce

21 Plaintiff's rights under the terms of the plan, and/or clarify Plaintiff's future rights pursuant to 29

22 U.S.C. § 1132(a)(1)(B).   However, because Plaintiff's amended complaint does not mention

23 ERISA or the statute or statutes under which Plaintiff is proceeding, it would assist the court if

24 Plaintiff were to provide the court with the exact legal basis of Plaintiff's cause of action.   In

25 addition, in Plaintiff's opposition, Plaintiff did not address Defendant's contention that

26 Defendant is not a proper defendant to this action.   In any supplemental brief, Plaintiff may

27 address this contention.   At this time, the court will take this matter under submission.  See

28

Local Rule 78-230(h).  If the court believes oral argument is necessary once the court receives any supplemental briefs, the court will set a new hearing date.

According, the court ORDERS that:

1.    The previously set hearing date of August 29, 2005, is VACATED, and the parties shall not appear at that time;

2.    Plaintiff may file any supplemental brief by September 2, 2005;

3.    Defendant may file any response to Plaintiff's supplemental brief by September 12, 2005;

4.    As of September 12, 2005 (or September 2, 2005 if Plaintiff does not file a supplemental brief), the court will take the pending motion for summary judgment under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    August 19, 2005**              _____/s/ Anthony W. Ishii_____
0m8i78                                          UNITED STATES DISTRICT JUDGE

2