IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY ALUISI,<br><br>                **Plaintiff**,<br>    v.<br><br>ELLIOTT MANUFACTURING CO.,<br>INC. PLAN, et al.,<br><br>                **Defendants.** | CV F 04-5373 AWI SMS<br><br>**ORDER MOVING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT TO MARCH 6, 2006** |

    Defendants' motion for summary judgment is pending in this action and is set for hearing on Monday, February 6, 2006.

    The court has determined that it is necessary to reschedule the hearing on Defendants' motion for summary judgment. Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 6, 2006, is VACATED, and the hearing on this matter is set for March 6, 2006 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:**    **February 1, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE