1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **TERRY ALUISI**, | ) | **1: 04-CV-5373 AWI SMS** |
| | ) | |
| **Plaintiff**, | ) | **ORDER VACATING HEARING** |
| **v.** | ) | **DATE OF FEBRUARY 11, 2008** |
| | ) | **AND TAKING MATTER UNDER** |
| **ELLIOTT MANUFACTURING CO.,** | ) | **SUBMISSION** |
| **et al.,** | **)** | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

        Defendants have filed a motion for reconsideration of the court's order denying

Defendants' motion for summary judgment.   The matter was scheduled for hearing to be held on

February 11, 2008.  The court has reviewed the parties' briefs on this motion and has determined

that the motion is suitable for decision without oral argument.  <u>See</u>  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 11, 2008,

is VACATED, and no party shall appear at that time.  As of February 11, 2008,  the court will

take the matter under submission, and the court will thereafter issue its decision.


IT IS SO ORDERED.

**Dated:    February 6, 2008**              _____/s/ Anthony W. Ishii_____
                                                        UNITED STATES DISTRICT JUDGE